# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE HONORABLE TOM WOLF,
GOVERNOR OF THE COMMONWEALTH
OF PENNSYLVANIA,

          Petitioner

       v.

SENATOR JOSEPH B. SCARNATI, III,
SENATOR JAKE CORMAN, AND SENATE
REPUBLICAN CAUCUS,

          Respondents

: No. 104 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of June, 2020, upon review and consideration of the Petitioner's Application for the Court to Exercise Jurisdiction Pursuant to Its King's Bench Powers and/or Powers to Grant Extraordinary Relief, the Application is **GRANTED** insofar as this Court exercises King's Bench jurisdiction over this matter. As requested by Respondents, the Court will decide the issues raised in the Petitioner's Application based upon the filings submitted to this Court and to the Commonwealth Court in *Scarnati v. Wolf*, 344 MD 2020. All proceedings attendant to *Scarnati v. Wolf*, 344 MD 2020, are **STAYED** pending further action from this Court. This Court will address the merits of Petitioner's Application in due course.